UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAQUINTON ROLLINS,

Plaintiff,

v. Case No. 3:21cv1703-LC-HTC

ESCAMBIA COUNTY JAIL,
ESCAMBIA COUNTY BOARD OF COMMISSIONERS,
and ESCAMBIA COUNTY SHERIFF'S OFFICE,

Defendants.

______________________/

**ORDER**

The magistrate judge issued a Report and Recommendation on December 29, 2021 (ECF No. 5), recommending this case be dismissed without prejudice for Plaintiff's failure to prosecute and failure to comply with Court orders. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1) but has not filed any objections and the time for doing so has passed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure comply with Court orders.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 22nd day March of 2022.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**